IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MONTE EMMANUEL STRAITE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:15CV910 |
| v. | ) | 1:11CR321-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b), (ECF No. 142), and, on July 6, 2023, was served on the parties in this action, (*see* ECF No. 143). Petitioner filed Objections to the Magistrate Judge's Recommendation. (ECF No. 144.)

The Court has appropriately reviewed the Magistrate Judge's Recommendation and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Petitioner's Rule 59(e) Motion, (ECF No. 138), and his Rule 60(b)(1) Motion, (ECF No. 140), are **DENIED**.

Finding neither a substantial issue for appeal concerning the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, a certificate of appealability is **DENIED**.

This, the 2nd day of August 2023.

/s/ Loretta C. Biggs
United States District Judge